UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CISTA DESIGN, INC.,<br><br>        Defendant. | Case No. 23-cv-03362-VC<br><br>**ORDER RE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 13 |

      Cista is ordered to file a response to Synopsys's application for a temporary restraining order by Friday, July 14, 2023. If Synopsys wishes to file a reply, it must do so by 5:00 p.m. on Monday, July 17.

      Synopsys must serve Cista with the complaint, the application for temporary restraining order, and a copy of this order, and it must file a proof of service by 5:00 p.m. tomorrow, July 11.

      **IT IS SO ORDERED.**

Dated: July 10, 2023

_____
VINCE CHHABRIA
United States District Judge